IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG. NO. 03- 0091 KSC |
| Plaintiff, ) | |
| vs. ) | WARRANT FOR ARREST |
| INOCENCIO BADUA ) | |
| Defendant. ) | |

## WARRANT FOR ARREST

TO: ANY DULY AUTHORIZED FEDERAL AND CITY AND COUNTY OF HONOLULU LAW ENFORCEMENT OFFICER IN THE STATE OF HAWAII

You are hereby commanded to arrest INOCENCIO BADUA, and bring him forthwith to the nearest magistrate to answer a complaint charging him with Bank Robbery in violation of Title 18, United States Code, Section 2113(a) (Bank Robbery).

Issued this 30th day of January, 2003, at Honolulu, Hawaii.

[SEAL]

_____
United States Magistrate Judge
District of Hawaii

Bail fixed at $ to be determined by  Kevin S.C. Chang  [SEAL]

United States Magistrate Judge
District of Hawaii

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT _____.

DATE RECEIVED:_____

DATE OF ARREST:_____

NAME AND TITLE OF ARRESTING OFFICER:_____

SIGNATURE OF ARRESTING OFFICER:_____